

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

MAR 5 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES OF AMERICA,

  Plaintiff,

  v.

KEYVAN ASARI

  Defendant.

CR NO: 1:14-CR-00038 AWI BAM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: KEYVAN ASARI
Detained at:

Detainee is:
  a.) ☐ charged in this district by: ☒ Indictment  ☐ Information  ☐ Complaint
      charging detainee with: 18 U.S.C. §1708 – Possession of Stolen Mail
  or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☒ return to the custody of detaining facility upon termination of proceedings
  or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence
      is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] or [on DATE AND TIME] in the Eastern District of California.*

Signature: /s/ Megan A. S. Richards
Printed Name & Phone No: MEGAN A. S. RICHARDS 559-497-4035
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [FORTHWITH] or [on DATE AND TIME], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 3-5-14

Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: CDCR  AR1109
Facility Address: Chino – 14901 Central Ave., Chino, CA
Facility Phone: 909-597-1821
Currently

☒Male  ☐Female
DOB:
Race:
FBI#:

## RETURN OF SERVICE

Executed on: _____  _____
                                    (signature)