**CAROLINE C. MCCREARY, SBN. 176563**
The Law Firm of Caroline C. McCreary
7081 N. Marks Suite 104 PMB 302
Fresno, California 93711
Telephone (559) 696-4529
Facsimile (559) 486-

Attorney for Defendant KEYVAN ASARI

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:14-CR-00038-AWI |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| vs. | ) **SENTENCING HEARING OF KEYVAN ASARI** |
| | ) Date: |
| | ) Time: |
| Keyvan Asari, | ) Judge: |
| Defendant. | ) |

**IT IS HEREBY STIPULATED between** the parties in this action, to request that the Court continue the current Sentencing date of **October 27, 2014** to **December 1, 2014** or as soon thereafter as the Court deems appropriate.

This continuance is necessary as defense counsel's trial schedule was unexpectedly altered due to defense counsel fathers open heart surgery. Specifically, defense counsel currently has two trials set on October 27, 2014. Thus, the sentencing hearing will need to be rescheduled. Both counsel as well as the defendant, Keyvan Asari graciously agree to a new sentencing date of December 1, 2014.

-1-

**IT IS SO AGREED:**

Dated: October    , 2014                                        **UNITED STATES ATTORNEY OFFICE**

                                                                     */s/ Megan Richards*
                                                   **MEGAN RICHARDS**
                                                   **Assistant United States Attorney**

Dated: October    , 2014                                           */s/ Caroline McCreary*
                                                   **CAROLINE MCCREARY, ESQ.**
                                                   **Attorney for Defendant**

### **ORDER**

     Pursuant to the parties' stipulation and good cause having been shown, the Sentencing Hearing of October 27, 2014, is continued to December 1, 2014, at 10:00 a.m. in Courtroom 2 before Senior United States District Judge Anthony W. Ishii.

IT IS SO ORDERED.

    Dated:   **October 16, 2014**                         **/s/ Lawrence J. O'Neill**
                                                                           UNITED STATES DISTRICT JUDGE